**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
MICHELLE BALESTRIERI

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MICHELLE BALESTRIERI, | Case No.: 2:17-cv-2159 |
| Plaintiffs; | **NOTICE OF SETTLEMENT** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

NOW COMES Plaintiff, MICHELLE BALESTRIERI, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next sixty (60) days.

Plaintiffs therefore respectfully request this Honorable Court vacate all dates currently scheduled for the present matter.

- 1 -

NOTICE OF SETTLEMENT

RESPECTFULLY SUBMITTED,

DATED: June 8, 2017   WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing by email to the following:

Raymond W. Berry (SBN 298438)
McGuire Woods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111
rberry@mcguirewoods.com
Telephone: 415-844-1978
Facsimile: 415-844-1922

Attorneys for Defendant Bank of America, N.A.

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal