**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
MICHELLE BALESTRIERI

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MICHELLE BALESTRIERI,<br><br>   Plaintiff;<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendant. | Case No.: 2:17-cv-2159<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Michelle Balestrieri, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action *with prejudice*.  Defendant Bank of America, N.A. has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: July 20, 2017          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
      Matthew A. Rosenthal
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of said filing was transmitted by email to the following:

Raymond W. Berry (SBN 298438)
McGuire Woods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
rberry@mcguirewoods.com
Telephone: 415-844-1978
Facsimile: 415-844-1922

Attorneys for Defendant Bank of America, N.A.

By: /s/ Matthew A. Rosenthal
      Matthew A. Rosenthal